# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00288-CR

**Willie Berry Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT NO. D-1-DC-08-300303, HONORABLE BOB PERKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Willie Berry Jr. seeks to appeal a judgment of conviction for aggravated assault with a deadly weapon. The trial court has certified that this is a plea bargain case and Berry has no right of appeal.[1] The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed for Want of Jurisdiction

Filed: July 1, 2009

Do Not Publish

---

[1] While Berry states in his notice of appeal that he seeks to appeal the trial court's denial of his motion for a bench warrant, a ruling on a motion for a bench warrant is not an independently appealable order. *See Ewing v. State*, No. 10-09-00045-CR, 2009 Tex. App. LEXIS 2372, at *1 (Tex. App.—Waco Apr. 8, 2009, no pet.) (mem. op., not designated for publication).